# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN HARRIS, | NO. CV 14-3415-R (MAN) |
| Petitioner, | JUDGMENT |
| v. | |
| S.C. (PEOPLE), | |
| Respondent. | |

Pursuant to the Court's Order: Dismissing Petition Without Prejudice; and Denying Certificate of Appealability,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED:  June 11, 2014  .

_____
MANUEL. L. REAL
UNITED STATES DISTRICT JUDGE